```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                        Plaintiff,

-against-

Jondell Taylor,

                        Defendant.

1:23-cv-02430 (JPC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, May 24, 2023, at 11:00 a.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
           May 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge