UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff,

-against-

Jondell Taylor,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/13/2023

1:23-cv-02430 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On September 12, 2023, *pro bono* counsel entered a notice of limited scope appearance for purposes of settlement negotiations. (9/12/23 Notice, ECF No. 12.) Accordingly, no later than Wednesday, September 20, 2023, the parties shall jointly submit via email to Aaron_NYSDChambers@nysd.uscourts.gov four (4) mutually agreeable dates when the parties and counsel are available to hold a settlement conference. The email should indicate whether the parties are available in the morning or afternoon (or both) for the selected dates. The email also should indicate the parties' preference regarding an in-person or remote conference.

Pending the settlement conference, Defendant's deadline to file a response to the Complaint is adjourned *sine die*.

SO ORDERED.

Dated:     New York, New York
             September 13, 2023

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge