

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 9, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2023
```

**By ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Taylor*, 23 CV 2430 (JPC) (SA)

Dear Judge Aaron:

    This Office represents the United States in this action brought to recover federal benefit payments made to defendant. This matter is before Your Honor for all pretrial matters.

    On consent, we write respectfully to request an adjournment of the settlement conference currently scheduled for November 21. To account for the amount of work in other matters to be completed upon my return and the holidays, we respectfully request that the conference be rescheduled to a time after January 12, 2024.

                                  Respectfully,

                                    DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York
                                      *Attorney for the United States*

                        By:   /s/ *Brandon Cowart*
                             BRANDON H. COWART
                             Assistant United States Attorney
                             Telephone: (212) 637-2693
                             Email: brandon.cowart@usdoj.gov

cc:    **By ECF**
        All Parties

ENDORSEMENT: Request DENIED without prejudice. The settlement conference is currently scheduled for November 28, not November 21. If the parties (including limited scope counsel) would like to adjourn the November 28th conference, they should send an email to Aaron_NYSDChambers@nysd.uscourts.gov no later than November 16, 2023, so stating and providing four (4) alternative dates after January 12, 2024 when the parties are available for an adjourned settlement conference.
SO ORDERED.
Dated: 11/09/2023   *Stewart D. Aaron*