UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

JONDELL TAYLOR

                Defendant

23 CV 2430 (JPC) (SDA)

**CONSENT JUDGMENT**

---

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows

Upon the consent of Plaintiff the United States of America (the "United States") and Defendant Jondell Taylor ("Taylor"), the United States shall have a final judgment pursuant to Federal Rule of Civil Procedure 54 in the above-captioned matter against Taylor in the amount of $153,229.58.

Date: October 18, 2024

CITY BAR JUSTICE CENTER

*Attorney for Defendant*

By: /s/ Susanne Toes Keane

SUSANNE TOES KEANE
*Director, Federal Pro Se*
*Legal Assistance Project (SDNY)*
42 West 44th Street
New York, NY 10036
Tel.: (212) 283-6678
E-mail: SKeane@nylag.org

Date: October 15, 2024

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

*Attorney for Plaintiff*

By: /s/ B Cowart

BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, 3rd Fl.
New York, NY 10007
Tel.: (212) 637-2693
Email: brandon.cowart@usdoj.gov

Date: ~~June~~ October 17, 2024

By: _____
JONDELL TAYLOR

SO ORDERED:

_____
JOHN P. CRONAN
U.S.D.J.

October 23, 2024
New York, New York

The Clerk of Court is respectfully directed to enter judgment and close this case.

2